IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JAY McALLEN RUDISILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:20 cv 698-TTC |
| | ) |
| NORTHROP GRUMMAN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Jay McAllen Rudisill and Defendant Northrop Grumman Corporation, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and through their respective undersigned counsel, hereby submit this stipulation of voluntary dismissal of this action *with prejudice*. The parties agree to dismiss this matter from the active docket of this Court, with each party to bear his and its own respective attorneys' fees and costs.

So Stipulated:

JAY McALLEN RUDISILL

/s/ Monica L. Mroz
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
monica@strelkalaw.com

*Counsel for Plaintiff*

NORTHROP GRUMMAN CORPORATION

/s/ Matthew J. Sharbaugh
Matthew J. Sharbaugh (VSB 91219)
Elizabeth A. Johnston (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5623/5567
Fax: (202) 739-3001
Matthew.sharbaugh@morganlewis.com
Elizabeth.johnston@morganlewis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2021, the foregoing was filed with the Court through the CM/ECF system, which will send a notification of filing to all attorneys of record.

/s/ Monica L. Mroz
Monica L. Mroz (VSB 65766)
Strelka Employment Law